UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br>    v.<br><br>Naila Melissa Penuelas,<br>Alethse Iveth Torres,<br><br>                      Defendants. | Case No.:   21MJ8753-RBM<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8 U.S.C.§ 1324(a)(2)(B)(ii) –<br>Bringing in Alien for Financial Gain<br>(Felony) |

The undersigned complainant duly sworn states:

On or about September 3, 2021, within the Southern District of California, Defendants Naila Melisa PENUELAS and Alethse Iveth TORRES, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely L.A.M.P, had not received prior official authorization to come to, enter, or reside in the United States, did bring to the United States said alien for the purpose of commercial advantage or private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii); a felony.

And the complainant states that this complaint is based on the attached Probable Cause Statement, which is incorporated herein by reference.

*M Carter*

Margarita Carter, Enforcement Officer
U.S. Customs and Border Protection

Sworn and attest to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 7th day of September, 2021.

*Ruth Bermudez Montenegro*

HON. RUTH BERMUDEZ MONTENEGRO
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Naila Melissa PENUELAS
Alethse Iveth TORRES

**PROBABLE CAUSE STATEMENT**

I, Customs and Border Protection (CBP) Officer Antonio Garcia Jr., declare under penalty of perjury the following to be true and correct:

On September 3, 2021, at approximately 4:51 a.m., PENUELAS and TORRES applied for admission into the United States at the Calexico, California West Port of Entry through vehicle primary lanes. PENUELAS was the driver of a white Honda Civic sedan accompanied by TORRES in the front passenger seat and two minor children in the back seats. Upon inspection before United States Customs and Border Protection (CBP) Officer Chong, PENUELAS presented a California Identification Card bearing her name Naila Melissa PENUELAS, as her entry document and stated she was a United States Citizen going to Brawley, California. TORRES also presented a California Identification card bearing her name Alethse Iveth TORRES and stated to be a United States Citizen. PENUELAS additionally presented two U.S. Birth Certificates for two minor children in the rear passenger seats. CBP Officer Chong opted to escort PENUELAS and passengers to the vehicle secondary lot for further inspection.

In the vehicle secondary lot CBP Officer Chong, requested CBP Supervisor F. Torres to conduct an interview on the driver PENUELAS because he suspected one of the minors was an impostor to the United States Birth Certificate bearing the name J.E.R.P.

3

CBP Supervisor F. Torres interviewed PENUELAS who freely admitted that she was smuggling the older minor by presenting her son's United States Birth Certificate. PENUELAS stated she was smuggling the minor into the United States as a favor to a friend and was not receiving any financial gain for the smuggling attempt. PENUELAS, TORRES and minor children were detained and transported to the Admissibility Enforcement Unit (AEU) for further disposition.

PENUELAS was placed under arrest and advised of her Miranda rights which she stated she understood and opted to wait to have an attorney present to answer any questions.

During questioning of TORRES who was not Mirandized at that moment in order to obtain parent information due to minor stating he was not feeling well. TORRES voluntary stated she knew how to get in contact with the minor's parents because she was assisting PENUELAS in the smuggling attempt. TORRES stated PENUELAS was going to pay her $500 U.S. dollars for accompanying her in the smuggling attempt.

TORRES was placed under arrest and advised of her Miranda rights which she stated she understood and opted to wait to have an attorney present to answer any questions.

Material Witness L.A.M.P. stated that he is a citizen of Mexico with no legal documents to enter the United States. L.A.M.P. stated that he was being smuggled into the United States by PENUELAS the same smuggler that smuggled his younger sibling into the United States a few hours earlier. L.A.M.P. stated that PENUELAS had given him medication to relax him and put him to sleep to cross him into the United States.

The complainant states the name of the Material Witness are as followed:

| NAME | COUNTRY OF BIRTH |
|---|---|
| L.A.M.P. | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

Executed on September 3, 2021, at 8:50 p.m.

_____
Antonio Garcia Jr. CBP Officer
United States Customs and Border Protection

On the basis of the facts presented in this probable cause statement consisting of six pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on September 3, 2021, in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii).

_____        9:50 PM, Sep 3, 2021
HON. MITCHELL D. DEMBIN                           Date/Time
UNITED STATES MAGISTRATE JUDGE

5